Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
TIMOTHY BROWN,

                                         Plaintiff,                  06-CV-0109
                                                                   (LDW) (ETB)

                    -against-

NASSAU COUNTY, NASSAU COUNTY POLICE          STIPULATION
DEPARTMENT, JOHN DOES 1-5, VILLAGE OF          AND ORDER
LYNBROOK, LYNBROOK POLICE DEPARTMENT      OF DISMISSAL
AND JOHN DOES 6-10,                                           WITH PREJUDICE

                                                       Defendant(s).
------------------------------------------------------------------ X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed and discontinued, with prejudice, and without costs to either party as against the other. This stipulation may be filed with the Clerk of the Court, without further notice, in accordance with the terms and conditions of the Settlement Agreement and Release between the parties.

Dated: September 12, 2007

GRANDINETTE & SERIO, LLP

By: _____
John T. Serio, Esq. (JS 0007)
114 Old Country Road, Suite 420
Mineola, New York 11501
Attorneys for Plaintiff

LORNA B. GOODMAN                        MONTFORT, HEALY,
Nassau County Attorney                         MCGUIRE & SALLEY

By: _____            By: _____
Erica M. Haber (EH 1122)                    James M. Murphy, Esq. (JMM 6600)
Deputy County Attorney                         140 Franklin Avenue
Office of the Nassau County Attorney          P.O. Box 7677
One West Street                                       Garden City, New York 11530-7677
Mineola, New York 11501                     Attorneys for Lynbrook Defendants
Attorneys for County Defendants

**SO ORDERED:**

_____
**Leonard D. Wexler, U.S.D.J.**